UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 22-60194-CIV-MARTINEZ-SNOW**

CHANEL, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Preliminary Injunction (the "Motion"), (ECF No. 6). (ECF No. 11.) Magistrate Judge Snow filed a Report and Recommendation, (ECF No. 29), recommending that the Motion be granted, as set forth herein. This Court has reviewed the record and notes that no objections have been filed, and the time to do so has passed. Accordingly, after careful consideration, it is

ADJUDGED that United States Magistrate Judge Snow's Report and Recommendation, (ECF No. 29), is AFFIRMED AND ADOPTED. Accordingly, it is ORDERED AND ADJUDGED that the Motion, (ECF No. 6), is GRANTED as follows:

1.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined, until further Order of this Court:

    a.    From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using the

      Plaintiff's Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

   b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Plaintiff's Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the Plaintiff's Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

  2. Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further order of this Court, the use of Plaintiff's Marks or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores, interactive photo albums, and Internet websites owned and operated, or controlled by them, including the Internet based e-commerce stores, interactive photo albums, and Internet websites operating under the Seller IDs and Subject Domain Names.

  3. Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further order of this Court, the use of Plaintiff's Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores, interactive photo albums, and Internet websites registered, owned, or operated by any Defendant, including the Internet based e-

commerce stores, interactive photo albums, and Internet websites operating under the Seller IDs and Subject Domain Names.

4. Each Defendant shall not transfer ownership of the Seller IDs and Subject Domain Names during the pendency of this Action, or until further Order of the Court.

5. Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs and Subject Domain Names that may have been deleted before the entry of this Order.

6. Upon Plaintiff's request, the privacy protection service for any of the Subject Domain Names for which the registrant uses such privacy protection service to conceal the registrant's identity and contact information is ordered to disclose, to the extent not already done, to Plaintiff the true identities and contact information of those registrants.

7. Upon Plaintiff's request, any Internet marketplace website operators and/or administrators who are provided with notice of this Order, including but not limited to Amazon.com, Inc., shall, to the extent not already done, immediately cease fulfillment of and sequester Defendants' inventory assets corresponding to the ASINs identified on Schedule "A" hereto presently in its inventory, possession, custody, or control, and impound such goods in trust for the Court during the pendency of this Action.

8. Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon Payments, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), and their related companies and affiliates shall, to the extent not already done, (i) immediately identify all financial accounts and/or sub-accounts, associated with the Internet based

e-commerce stores, photo albums, and Internet websites operating under the Seller IDs and Subject Domain Names, the PayPal payees, store numbers, merchant identification numbers, infringing product numbers, order numbers, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other related accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) and/or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court.

9. Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon, PayPal, Stripe, and their related companies and affiliates, shall further, to the extent not already done, within five business days of receiving notice of this Order, provide Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, Amazon, PayPal, Stripe, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

10. This Order shall apply to the Seller IDs and Subject Domain Names, associated e-commerce stores, photo albums, and websites, and any other seller identification names, e-commerce stores, photo albums, private messaging accounts, domain names and websites, or financial accounts which are being used by Defendants for the purpose of counterfeiting Plaintiff's Marks at issue in this action and/or unfairly competing with Plaintiff.

11. Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order.

12. As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store, photo album, or domain name dismissed from this action or as to which Plaintiff has withdrawn its request for a preliminary injunction.

13. Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiff shall maintain its previously posted a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice.

14. Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators, and/or administrators of the Internet marketplace websites, social media and image hosting websites, messaging services, and/or financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon.com, Inc., PayPal, Stripe, Instagram.com, Facebook.com, Yupoo.com, and their related companies and affiliates shall, to the extent not already done, at Plaintiff's request, provide Plaintiff's counsel

with any e-mail addresses known to be associated with Defendants' respective Seller IDs and Subject Domain Names.

15. This Order shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of April, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record

# SCHEDULE A:
## DEFENDANTS BY NUMBER, SELLER ID, SUBJECT DOMAIN NAME, RESPECTIVE FINANCIAL INFORMATION, AND ADDITIONAL MEANS OF CONTACT

| Def. No. | Defendant / Seller ID / Subject Domain Name | Financial Account / Store No. / Merchant ID | PayPal Payee | ASIN / Infringing Product No. | Additional Means of Contact | Social Media URL |
|---|---|---|---|---|---|---|
| 1 | Artpetur | A39A0ZAK4KB08X | | B09NMCKHQY B09NMCSTHG | | |
| 2 | NNellystore | A1R3TJYA9OS0RT | | B09LQB68TQ B09LQC2JZF | | |
| 3 | runhan(shandong)shengtaikejiyouxiangongsi | A13CTENEJR4ZR4 | | B09NL82X7D B09NL7Q5TP | | |
| 4 | sikeda | A32L8UORII8Z6F | | B09GFNJ5V4 | | |
| 5 | Vatmin jewelry | A3TAVYE3ZILESQ | | B09JKKJXVT B09JKL4B7P | | |
| 6 | Wululili | A3Q73WS1H2JRTH | | B09LY9R9JW | | |
| 7 | bestleatherspro | shuqing99@live.com | | | WhatsApp: 86 18102605582 brandnicole@foxmail.com DM | |
| 8 | chanel.lv_gucci *aka* chenzhiwen9667 | 547548758@qq.com | | | WhatsApp: 86 15218813229 WhatsApp: 86 15920549483 | |
| 9 | coco_chanle_pk | 949068206@qq.com | | | WhatsApp: 852 60416506 | |
| 10 | linxiaomi11 | 1515250428@qq.com | | | WhatsApp: 86 16762769488 | |
| 11 | luxurystore_03 | gurf252@gmail.com | | | WhatsApp: 90 5545631536 | |
| 12 | maggie.design2.0 *aka* adaluxuryru *aka* buywrist.com | shifen8086@hotmail.com jiujiu3496@hotmail.com | | | WhatsApp: (470) 531-9754 luxuryacces88@gmail.com | |
| 13 | the_heart_of_turkey | basselhalabi1990@gmail.com | | | WhatsApp: 90 5385415007 | |
| 14 | xiaohui8148 *aka* d2pp-balmain-image | 574462982@qq.com | | | WhatsApp: 86 15919935326 | |
| 15 | zhongxiao2021 | 13528755057@163.com | | | WhatsApp: 86 15113574464 | |
| 16 | 123belt321 *aka* 158885885889 *aka* 666bags666 | a15602607151@163.com | | | WhatsApp: 86 18838657229 WhatsApp: 86 15716614806 WhatsApp: 86 15618190728 | |
| 17 | 1518790747 | 1010057688@qq.com | | | WhatsApp: 86 17739504544 | |
| 18 | gobrandstorealbums | Iramghous786@gmail.com | | | WhatsApp: 92 3056748554 | |
| 19 | lucky06688 | 572637085@qq.com | | | WhatsApp: 86 13802224026 | |
| 20 | muyuxue *aka* shionly.com | 380115148@qq.com | | | WhatsApp: 44 7830933204 WhatsApp: 86 | |

| Def. No. | Defendant / Seller ID / Subject Domain Name | Financial Account / Store No. / Merchant ID | PayPal Payee | ASIN / Infringing Product No. | Additional Means of Contact | Social Media URL |
|---|---|---|---|---|---|---|
| | | | | | 15138463930 admin@shionly.com | |
| 21 | 18620496381 | 874024289@qq.com | | | WhatsApp: 86 15812318793 | |
| 22 | Nrasiont Boieaint | 1535338261@qq.com | | | WhatsApp: 86 18156101374 | https://www.facebook.com/groups/237171447532465 |
| 23 | Supplier for clothes | sales@meetclassic.com | | | WhatsApp: 86 13287795531 disun795@gmail.com | https://www.facebook.com/Supplier-for-clothes-155071663325015/ |
| 24 | XS Huang *aka* 1254326333 | 1254326333@qq.com | | | WhatsApp: 86 15119553961 | https://www.facebook.com/profile.php?id=100069001076922 |
| 25 | casemall.jp | 149821085@qq.com | | | LINE ID: nesageshop sale@casemall.jp | |
| 26 | casetie.com | 840470218@qq.com | | | casetie@163.com info@casetie.com | |
| 27 | casezystore.com | akbarbarsyah20@gmail.com | | | support@casezystore.com casezy19@gmail.com | |
| 28 | chanelws.com | 727003320@qq.com | | | workshopchanel@gmail.com WhatsApp: 852 5766 6352 | |
| 29 | designerbrands.store | nealund@yahoo.com | | | WhatsApp: 372 53962653 | |
| 30 | dtcgoods.shop | wenzi@heatstech net | | | WhatsApp: 15612929603 Service@dtcbags.com heatsshopline@heatstech net | |
| 31 | geatye.shop | suxinying121@outlook.com | | | Kempkayeeb04245@gmail.com | |
| 32 | gucchanel.shop | ccventech@gmail.com | | | WhatsApp: 86 13766668888 WhatsApp: 86 16526551722 doagonfly225@gmail.com | |
| 33 | hortory.com | PayPal Account: 48698285@qq.com Stripe Order ID: # 311191608 Date: 11/19/2021 Payment: Credit Card Total: $38.83 Description: LUXECASE EASTERN DISTR 11/19 Product Name: Simple designer iphone case with wallet Color: Red Model: iPhone 11 | | | | |
| 34 | irenedaystore.com *aka* eyes-window.com | Merchant ID: D2RUHH9CWKAVS | Chengdu Yidingtong | | FancyGlasses.y@gmail.com WhatsApp: 852 64743479 | |

8

| Def. No. | Defendant / Seller ID / Subject Domain Name | Financial Account / Store No. / Merchant ID | PayPal Payee | ASIN / Infringing Product No. | Additional Means of Contact | Social Media URL |
|---|---|---|---|---|---|---|
| | | | Technology Co., Ltd. | | | |
| 35 | iyostore.com aka lzoshop.com aka gaeshoe.com | PayPal Account: cbkanbn@hotmail.com Merchant ID: EU7UJX3PSKF2E | Shengjuan Technology Co., Ltd. | | kempkayeeb04245@gmail.com linqingqqing88@gmail.com dealerbernadette844827@gmail.com | |
| 36 | luxurypicker.com | 1239883868@qq.com | | | luxurypicker@gmail.com mymuchchic@gmail.com | |
| 37 | maxstyles.shop | xujing0102@outlook.com | | | contactiboxr@gmail.com | |
| 38 | monvanti.com | thakibifashion@hotmail.com | | | contacts@monvanti.com monvanti.store@gmail.com contacts@fancyclassy.com | |
| 39 | shopybag.net | dengqinxueyun@outlook.com | | | service@shopybag.net WhatsApp 86 18679630930 | |
| 40 | stybag.com | Stripe Order No.: 5602 Date: 11/30/2021 Payment: Credit Card Total: $170.00 Description: STYBAG.COM LONDON 11/30 Product Title: Black Grained Calfskin Small Flap Wallet - Women's Wallet × 1 | | | support@stybag.com WhatsApp: 15622692257 | |
| 41 | xtopbuy.com | Bobrookes@hotmail.com grethermark@yahoo.com | | | WhatsApp: 86 18958661208 xtopbuy@hotmail.com | |
| 42 | beltpic.com | Merchant ID: 7YS2UTMZAPTV4 | Beltpic.com | | yarakkurek@gmail.com | |
| 43 | cnpvg.com | LaceyCarneyowh@vfemail.net | | | service@cnpvg.com | |
| 44 | dotiybag.com | 283912025@qq.com | | | doagonlfly225@gmail.com | |
| 45 | lllcase.com | Merchant ID: 5MW9BXG4U9KF4 | 利川市溪水漫柏电子商务有限公司 (Lichuan Xishui Manbai Electronic Commerce Co., Ltd.) | | service@lllcase.com | |
| 46 | rtycu.com | patriciavazquez@vfamail.com | | | service@rtycu.com | |
| 47 | seline.shop | Merchant ID: NJHU6T6VLWKWL | Changbo Daxing Trading | | contactiboxr@gmail.com | |
| 48 | sfhli.com | Leon_Ericksonumj@vfemail.net | | | sfhli@sfhli.com | |
| 49 | srtyjdsrt.shop | Merchant ID: DNTNCBQR6EMZ8 | 广州森自商贸商行 | | info@hottielifeshop.com | |

9

| Def. No. | Defendant / Seller ID / Subject Domain Name | Financial Account / Store No. / Merchant ID | PayPal Payee | ASIN / Infringing Product No. | Additional Means of Contact | Social Media URL |
|---|---|---|---|---|---|---|
| | | | (Guangzhou Senzi Commercial Firm) | | | |
| 50 | thegeekgifts.com | Stripe Order No. 493332<br>Date: 10/21/2021<br>Total: $26.94<br>Payment Method: Visa CC<br>Description: CRUSHPRINTS<br>Product Title: Fall Autum Chanel T-Shirt | | | admin@TheGeekGifts.com<br>support@crushprints.com<br>admin@tiktify.com | |
| 51 | vavavy.com<br>*aka* luruxy brand handbags | 1029595092@qq.com | | | vavavy@protonmail.com<br>hengkai@protonmail.ch<br>WhatsApp: 86 13923924149 | https://www.facebook.com/groups/152524879639232/posts/322959215929130/ |
| 52 | vovolady.com | GwynTernence@outlook.com | | | contact@vovoyiss.com | |
| 53 | wossoy.com | service@brankber.com | | | service@wossoy.com | |
| 54 | xdbilp.com | underwoodstephen@vfamail.com | | | service@xdbilp.com | |
| 55 | ailemei502 | Store No.: 21675871<br>PayPal Account: yangyang502429@163.com | | 740098688 | WhatsApp: 86 15675871602 | |
| 56 | cc1874 | Store No.: 21729135<br>PayPal Account: 1003111416@qq.com | | 734390541 | | |