UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-60194-CIV-MARTINEZ-BECERRA

CHANEL, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Entry of Final Default Judgment (the "Motion"), (ECF No. 45). (ECF No. 46.) Magistrate Judge Becerra filed a Report and Recommendation recommending that: (1) the Motion be granted, (2) Plaintiff be granted a permanent injunction against Defendants, (3) Plaintiff be granted statutory damages as to its counterfeiting and cybersquatting claims, and (4) this case be dismissed with prejudice. (ECF No. 51 at 9–14). This Court has reviewed the record and notes that no objections have been filed, and the time to do so has passed. Accordingly, after careful consideration, it is

**ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 51), is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 45), is **GRANTED** as set forth in the Report and Recommendation.
2. Final default judgment will be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of March, 2023.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record